IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DANIEL SANCHEZ,
HUMBERTO GONZALES,
JOSE FRANCISCO GONZALES;
JUAN BERNARDO GONZALES, and,
ISMAEL SANCHEZ,

    Plaintiffs,

v.                                    C.A. No.:   6:16-cv-205-MHS

REDI-MIX SOLUTIONS, LTD.,
CRAIG SCOTT, and BRANDI SCOTT,

    Defendants.

_____/

## UNOPPOSED MOTION TO FILE SETTLEMENT AGREEMENTS UNDER SEAL

    Plaintiffs, by and through their undersigned counsel, respectfully move for an Order providing the following relief:

### RELIEF REQUESTED

    Plaintiffs and Defendants (collectively "the parties") have reached agreements[1] to settle this matter. As part of the terms of the settlements agreements, each Plaintiff has agreed to keep the terms of the settlement confidential. Plaintiffs

---

[1] Each Plaintiff has executed a separate settlement agreement. Thus, there are five separate settlement agreements.

respectfully move the Court for leave to file the parties' settlement agreements under seal to preserve the confidential terms.

This lawsuit involves claims under the Fair Labor Standards Act ("FLSA"). Agreements settling FLSA claims require court approval. *See e.g., Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982); *Sepulveda v. Southwest Business Corp.*, CA 08-cv-0810-XR (W.D. Tex. 2005). The parties will therefore file a joint motion for approval of the settlements and entry of a stipulated order of dismissal; however, they wish to keep the terms of their settlement agreements confidential and thus seek permission to file their settlement agreements under seal for the Court's review.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting this Motion and allowing the Plaintiffs to file the parties' settlement agreements under seal.

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has conferred with counsel for Defendant regarding the relief sought herein and has been authorized to represent that Defendant is **unopposed** to the relief sought herein.

### CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2017, a true and correct copy of this document was served by the Court's electronic CM/ECF filing system upon:

      Kyle L. Dickson
      700 Gemini, Suite 115
      Houston, Texas 77058

Respectfully submitted, February 2, 2017.

                **ROSS LAW GROUP**

                */s/ Charles L. Scalise*_____
                **CHARLES L. SCALISE**
                Texas Bar No. 24064621
                1104 San Antonio Street
                Austin, Texas 78701
                (512) 474-7677 Telephone
                (512) 474-5306 Facsimile
                charles@rosslawgroup.com
                **ATTORNEYS FOR PLAINTIFF**