IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DANIEL SANCHEZ,
HUMBERTO GONZALES,
JOSE FRANCISCO GONZALES;
JUAN BERNARDO GONZALES, and,
ISMAEL SANCHEZ,

    Plaintiffs,

v.        C.A. No.:    6:16-cv-205-RWS-KNM

REDI-MIX SOLUTIONS, LTD.,
CRAIG SCOTT, and BRANDI SCOTT,

    Defendants.

## **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE SETTLEMENT AGREEMENTS UNDER SEAL**

BEFORE THE COURT is the Plaintiffs' Unopposed Motion to File Settlement Agreements Under Seal.   After due consideration, the Plaintiffs' Motion shall be **GRANTED**.   Plaintiffs shall file the parties' settlement agreements under seal within 7 days of the date of this Order.

So ORDERED and SIGNED this 7th day of February, 2017.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE