**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| DANIEL SANCHEZ, HUMBERTO GONZALES, JOSE FRANCISCO GONZALES, JUAN BERNANDO GONZALES, and ISMAEL SANCHEZ, <br><br> v. <br><br> REDI-MIX SOLUTIONS, LTD., CRAIG SCOTT, and BRANDI SCOTT. | CIVIL ACTION NO. 6:16-cv-205 |

**ORDER**

Plaintiffs filed an Unopposed Motion for approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit, Doc. No. 25, in this case on February 3, 2017.  The Plaintiffs state that the parties reached a settlement for each of Plaintiffs' claims for overtime compensation.  The Court must approve any settlement resolving a FLSA claim for overtime compensation.  *See Bodle v. TXL Mortgage Corp.*, 788 F.3d 159 (5th Cir. 2015) (citing *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1355 (11th Cir. 1982).  Additionally, the parties filed the Settlement Agreements and General Releases under seal, Doc. No. 26.  Having reviewed the pleadings and the agreements, the agreements constitute a fair and reasonable resolution of bona fide disputes.  It is therefore

**ORDERED** that the Settlement Agreements and General Releases are **APPROVED**.

Pursuant to the Stipulation of Dismissal, all of Plaintiffs' claims are **DISMISSED** with prejudice, with costs of court being taxed against the party by which they were incurred.

So ORDERED and SIGNED this 15th day of February, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE